# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GERALD GRAMINS, JR., and JILL M. GRAMINS,<br><br>      Plaintiffs,<br><br>v.<br><br>THOMAS A. OVERLAND, BEST BUY STORES, L.P., XL INSURANCE AMERICA, INC., GEICO CASUALTY COMPANY, HEALTH CARE SERVICE CORPORATION, and AT&T UMBRELLA BENEFIT PLAN NO. 3,<br><br>      Defendants. | Case No. 21-CV-205-JPS<br><br>**ORDER** |

On October 18, 2022, Plaintiffs and Defendants signed and filed a stipulation of dismissal of the action with prejudice and without costs. ECF No. 31. The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 31, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs as to all parties.

Dated at Milwaukee, Wisconsin, this 19th day of October, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge